148 A.3d 396

IN THE MATTER OF BARRY N. FRANK AN ATTORNEY AT LAW(ATTORNEY NO. 000151977)

November 2, 2016

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15-208, DRB 15-210, and DRB 15-322, concluding on the records certified to the Board pursuant to *Rule* 1:20-4(f)(default by respondent), that **BARRY N. FRANK,** formerly of **ENGLEWOOD,** who was admitted to the bar of this State in 1977, and who has been temporarily suspended from practice since September 16, 2014, should be censured for violating *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And respondent having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **BARRY N. FRANK** is hereby censured; and it is further

ORDERED that **BARRY N. FRANK** is temporarily suspended from the practice of law, effective immediately, and pending respondent's compliance with the requests by the Office of Attorney Ethics for information and documents in the matters that are the subject of the formal complaints addressed in the decision of the Disciplinary Review Board, pending respondent's compliance with the Order of temporary suspension filed September 16, 2014, and until the further Order of this Court; and it is further

ORDERED that respondent comply with *Rule* 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20-20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20-20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b). and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10-2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.